UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARJORIE S. SOFORENKO,         )
    Plaintiff              )
                           )
        v.                 )   C.A. NO. 09-CV-30106-MAP
                           )
DAVID SAMUELS, ET AL.,         )
    Defendants             )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION FOR SUMMARY DISMISSAL
(Dkt. No. 4)

July 30, 2009

PONSOR, D.J.

    Plaintiff, proceeding pro se, has brought a disjointed complaint against David Samuels and a number of other Defendants.  The complaint was referred to Magistrate Judge Kenneth P. Neiman for review of Plaintiff's application to proceed in forma pauperis and for pretrial screening.

    Following his review, on July 17, 2009, Judge Neiman issued his Report and Recommendation, to the effect that the complaint should be dismissed pursuant to 28 U.S.C. § 1915(e).

    Having reviewed the Report and Recommendation, de novo, the court finds that it is entirely correct as a matter of law and that Plaintiff's complaint must be dismissed.  The bizarre allegations contained in the complaint simply do not merit any further response from the court.  Plaintiff's

condition is obviously regrettable.

    For the foregoing reasons, the court hereby ADOPTS Judge Neiman's Report and Recommendation (Dkt. No. 4). Based upon this, the complaint is ordered DISMISSED. This case may now be closed.

    It is So Ordered.

                              /s/ Michael A. Ponsor  
                              MICHAEL A. PONSOR  
                              U. S. District Judge